IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:20-CR-104-WKW |
| | ) | [WO] |
| TAURUS LEBRON GREEN | ) | |

## **ORDER**

In 2021, Defendant Taurus Lebron Green was sentenced to 84 months' imprisonment and 3 years' supervised released after pleading guilty to a charge of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Defendant was released from the custody of the Federal Bureau of Prisons (BOP) on August 22, 2025. *See Find an Inmate*, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited Nov. 5, 2025).[1]

Before the court is Defendant's *pro se* motion filed pursuant to 18 U.S.C. § 3582(c)(2) and the First Step Act of 2018 (FSA). *See* Pub. L. No. 115-391, 132 Stat. 5194 (2018) (codified at 18 U.S.C. §§ 3621, 3624, 3631–35). Defendant seeks an order from the court to apply earned time credits under the FSA in a manner that would allow him to serve the remainder of his sentence in home confinement or to

---

[1] The court takes judicial notice of the public records maintained on the BOP's website. *See* Fed. R. Evid. 201(c); *see also Naveleski v. Int'l Paper Co.*, 244 F. Supp. 3d 1275, 1300 n.25 (N.D. Fla. 2017) ("[I]t is not uncommon for courts to take judicial notice of factual information found on official governmental agency websites."); *United States v. Basher*, 629 F.3d 1161, 1165 n.2 (9th Cir. 2011) (taking judicial notice of the BOP's publicly accessible Inmate Locator records).

begin supervised release. (Doc. # 226.) The Government filed a response in opposition (Doc. # 230) to which Defendant filed a reply (Doc. # 231). The motion will be denied for the following reasons.

First, the proper mechanism for challenging the application of FSA earned time credits is through a petition under 28 U.S.C. § 2241, which generally first requires the exhaustion of administration remedies through the BOP. *See generally Marquez v. Washington*, 2025 WL 2648247 (M.D. Ala. Sept. 15, 2025) (dismissing a 28 U.S.C. § 2241 petition challenging the BOP's calculations of FSA earned time credits for failure of the petitioner to exhaust administrative remedies).

Second, because Defendant has been released from BOP custody and now is serving a term of supervised release, the requested relief is no longer applicable. Therefore, the motion is moot.

Accordingly, it is ORDERED that Defendant's *pro se* motion (Doc. # 226) is DENIED.

DONE this 6th day of November, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE